UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| DON WILLIAMSON | * | CIVIL ACTION NO. 6:12-CV-3020 |
| VERSUS | * | JUDGE REBECCA F. DOHERTY |
| GARBER BROTHERS, INC. | * | MAGISTRATE C. MICHAEL HILL: |
| | | IN ADMIRALTY/RULE 9(H) |

\*   \*   \*   \*   \*   \*   \*

### ORDER FOR SUBSTITUTION OF PARTIES

*Considering the "Unopposed Motion for Substitution of Parties" brought by Clayton Williamson, brother of deceased plaintiff Don Williamson and legally designated Executor of his estate,*

**IT IS HEREBY ORDERED AND DECREED**

that CLAYTON WILLIAMSON is substituted pursuant to Federal Rule of Civil Procedure 25(a)(1) as the proper party to whatever rights and interests now-deceased plaintiff Don Williamson may have had in the above-referenced lawsuit.

In ~~New Orleans~~ Lafayette, on this __11__ day of __August__, 2014.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE